**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

**Case Number:** 20-05967 LVV
**Case Name:** Air Florida Helicopter Charters Inc a Florida Corp

**Period Ending:** 03/31/21

**Trustee:** Dennis D. Kennedy
**Filed (f) or Converted (c):** 12/18/20 (c)
**§341(a) Meeting Date:** 01/26/21
**Claims Bar Date:** 02/26/21

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Seacoast Bank Checking Account 9701 | 8,690.63 | 8,690.63 | | 8,690.63 | FA |
| 2 | Seacoast Bank Checking Account 5401 | 3,118.41 | 4,118.67 | | 4,118.67 | FA |
| 3 | Security Deposit - Rosen Hotels | 10,000.00 | 0.00 | | 0.00 | FA |
| 4 | 11a. 90 days old or less: 145,000.00 | 145,000.00 | 0.00 | | 0.00 | FA |
| 5 | 3 Office Desks ($100.00)<br>2 AccentChairs ($50.00)<br>4 Office Small Chairs ($50.00)<br>1 Two Drawer Filing Cabinet ($30.00)<br>3 Metal 3 Drawer Filing Cabinets ($40.00)<br>1Sideboard Hutch ($40.00)<br>1 Dining Table ($30.00)<br>3 large Metal stadium Seating Benches ($200.00)'<br>2 Metal Benches ($50.00)<br>3 Wood Slat Benches ($150.00)<br>3 Outdoor Plastic Storage Lockers ($60.00)<br>2 Metal Storage Lockers ($40.00)<br>1 Manual dial safe ($400.00)<br>2 Glass Display Cases ($150.00) $0.00 | 1,390.00 | 0.00 | | 0.00 | FA |
| 6 | Office equipment, including all computer equipment and communication systems equipment and software<br>3 PC Computers and accessories ($500.00))<br>1 Printer ($20.00)<br>1 Deskjet Printer ($30.00)<br>3 Desktop Telephones ($60.00)<br>2 Clover Flex Credit Card Readers ($150.00) $0.00 | 760.00 | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$168,959.04** | **$12,809.30** | | **$12,809.30** | **$0.00** |

**Major activities affecting case closing:**
03-02-21 - Reviewing claims then TFR

**Initial Projected Date of Final Report (TFR):** March 31, 2022     **Current Projected Date of Final Report (TFR):** March 31, 2022

April 12, 2021
Date

/s/ Dennis D. Kennedy
Dennis D. Kennedy

Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 20-05967 LVV | **Trustee:** | Dennis D. Kennedy |
|---|---|---|---|
| **Case Name:** | Air Florida Helicopter Charters Inc a Florida Corp | **Bank Name:** | Signature Bank |
|  |  | **Account:** | ******5059 - Checking |
| **Taxpayer ID#:** | ******9181 | **Blanket Bond:** | $22,299,000.00 (per case limit) |
| **Period:** | 04/01/20 - 03/31/21 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/12/21 |  | SeaCoast Bank |  |  | 12,809.30 |  | 12,809.30 |
| 02/12/21 | Asset #1 | SeaCoast Bank | Turnover of bank account     8,690.63 | 1129-000 |  |  | 12,809.30 |
| 02/12/21 | Asset #2 | SeaCoast Bank | Turnover bank account     4,118.67 | 1129-000 |  |  | 12,809.30 |
| 02/26/21 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 6.84 | 12,802.46 |
| 03/31/21 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 23.26 | 12,779.20 |

|  | | Receipts | Disbursements | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 12,809.30 | 30.10 | $12,779.20 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 12,809.30 | 30.10 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$12,809.30** | **$30.10** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5059** | **12,809.30** | **30.10** | **12,779.20** |
|  | **$12,809.30** | **$30.10** | **$12,779.20** |